

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moriano Millare | Civil Action No. 16cv487-MMA(NLS) |
| Plaintiff, | |
| V. | |
| G. Wiley, Nurse Practitioner | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant Wiley's motion to dismiss and denies as moot Defendant Wiley's motion to strike. The Court dismisses Plaintiff's remaining Eighth Amendment claim against Defendant Wiley with prejudice. The Court directs the Clerk of Court to enter judgment in favor of Defendant Wiley and close the case.

Date: 4/11/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy